UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

**Case Number:
09-23707-CIV-MORENO**

MOISES E. BURE,

    Plaintiff,

vs.

ATTORNEY GENERAL OF FLORIDA, *et al.*,

    Defendants.

_____/

## AMENDED ADOPTION OF MAGISTRATE'S REPORT AND RECOMMENDATION

THE MATTER was referred to the Honorable Patrick A. White, United States Magistrate Judge for a Report and Recommendation on Plaintiff's Complaint (**D.E. No. 1**), filed on **December 14, 2009**. The Magistrate Judge filed a Report and Recommendation (**D.E. No. 9**) on **February 5, 2010**. The Court adopted the Report and Recommendation (**D.E. No. 9**) on **March 26, 2010**.

Magistrate Judge White submitted a Corrected Preliminary Report of Magistrate Judge (**D.E. No. 26**) on **March 26, 2010**. The Court has reviewed the entire file and record. The Court notes that the Corrected Preliminary Report (**D.E. No. 26**) contains a few minor alterations from the original Preliminary Report (**D.E. No. 9**), which was adopted by the Court. The Court has made a *de novo* review of the Corrected Preliminary Report and the issues that the objections to the Magistrate Judge's Report and Recommendation present, and being otherwise fully advised in the premises, it is

**ADJUDGED** that United States Magistrate Judge Patrick A. White's Corrected Preliminary Report (**D.E. No. 26**) on **March 26, 2010** is **AFFIRMED** and **ADOPTED**. Accordingly, it is

**ADJUDGED** that:

(1)     Plaintiff Isaac Bouret is DISMISSED from this case.

(2)     Defendants PD Hudson, Attorney David Markus, Clerk Harvey Ruvin, Teresa Cowart, the Miami-Dade Department of Corrections, the Miami Police Department, the Office of the Attorney General, and all named Judges are DISMISSED for failure to state a claim pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

(3)     The Complaint shall PROCEED against Officers David Segovia, Badge #5852, and Julian Sylvester, Badge #5993, for the alleged use of unlawful force upon arrest.

DONE AND ORDERED in Chambers at Miami, Florida, this 14 day of April, 2010.

_____
FEDERICO A. MORENO
CHIEF UNITED STATES DISTRICT JUDGE

Copies provided to:

United States Magistrate Judge Patrick A. White

Counsel of Record

Moises E. Bure, *Pro se*
No. 070096101
Dade County Stockade
6950 N.W. 41 Street, Cell A-8
Miami, FL 33166-6815