UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

**Case Number:**
**09-23707-CIV-MORENO**

MOISES E. BURE,

    Plaintiff,

vs.

ATTORNEY GENERAL OF FLORIDA, *et al.*,

    Defendants.
_____/

## RE-ENTERED ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

THE MATTER was referred to the Honorable Patrick A. White, United States Magistrate Judge for a Report and Recommendation on Plaintiff's Amended Complaint **(D.E. No. 21)**, filed on **March 19, 2010**. The Magistrate Judge filed a Report and Recommendation **(D.E. No. 25)** on **March 26, 2010**. The Court has reviewed the entire file and record. This Order is a corrected version of an earlier Order (D.E. No. 32), which has been vacated by this Court. The Court has made a *de novo* review of the issues that the objections to the Magistrate Judge's Report and Recommendation present, and is otherwise fully advised in the premises.

Plaintiff Bure concedes that he has raised the same claims involved here in a previous civil rights case, Case No. 07-22033-CIV-COOKE. Those claims were dismissed as barred pursuant to the doctrine stated in *Heck v. Humphrey*, 515 U.S. 477 (1994). Because the dismissal in the earlier case was an adjudication on the merits of the claims, the identical claims brought in this Amended Complaint are barred by *res judicata*, and the Court will dismiss the Amended Complaint.

Accordingly, it is

**ADJUDGED** that United States Magistrate Judge Patrick A. White's Report and Recommendation **(D.E. No. 25)** on <u>**March 26, 2010**</u> is **AFFIRMED** and **ADOPTED**. Accordingly, it is

**ADJUDGED** that:

(1)   The Amended Complaint (D.E. No. 21) is DISMISSED.

(2)   This case will proceed against Defendants Officer David Segovia and Officer Julian Sylvester based on the allegations of use of unlawful force contained in the original Complaint (D.E. No. 1).

DONE AND ORDERED in Chambers at Miami, Florida, this ___ day of June, 2010.

_____
FEDERICO A. MORENO
CHIEF UNITED STATES DISTRICT JUDGE

Copies provided to:

United States Magistrate Judge Patrick A. White

Counsel of Record

Moises E. Bure, *Pro se*
No. 070096101
Dade County Training and Treatment Center
6950 N.W. 41 Street, Cell C-7
Miami, FL 33166-6815