UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

**Case Number:
09-23707-CIV-MORENO**

MOISES E. BURE,

    Plaintiff,

vs.

ATTORNEY GENERAL OF FLORIDA, *et al.*,

    Defendants.
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

    THE MATTER was referred to the Honorable Patrick A. White, United States Magistrate Judge for a Report and Recommendation on **December 14, 2009**. The Magistrate Judge filed a Supplemental Report and Recommendation **(D.E. No. 73)** on **October 19, 2010**. The Court has reviewed the entire file and record. The Court has made a *de novo* review of the issues that the objections to the Magistrate Judge's Report and Recommendation present, and being otherwise fully advised in the premises, it is

    **ADJUDGED** that United States Magistrate Judge Patrick A. White's Report and Recommendation **(D.E. No. 73)** on **October 19, 2010** is **AFFIRMED** and **ADOPTED**. Accordingly, it is

    **ADJUDGED** that Defendant's Motion for Reconsideration of the Order Denying the Motion to Dismiss **(D.E. No. 63)** is DENIED.

DONE AND ORDERED in Chambers at Miami, Florida, this 3 day of December, 2010.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:

United States Magistrate Judge Patrick A. White

Counsel of Record