UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 09-23707-CIV-MORENO

MOISES BURE,

    Plaintiff,

vs.

METRO DADE CORRECTIONS, *et al.*,

    Defendants.
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION AND DISMISSING CASE

THE MATTER was referred to the Honorable Patrick White, United States Magistrate Judge for a Report and Recommendation on Plaintiff's Complaint **(D.E. No. 1)**, filed on **December 14, 2009**. The Magistrate Judge filed a Report and Recommendation **(D.E. No. 93)** on **January 20, 2011**. The Court has reviewed the entire file and record. The Court has made a *de novo* review of the issues that the Magistrate Judge's Report and Recommendation present, and being otherwise fully advised in the premises, it is

**ADJUDGED** that United States Magistrate Judge Edwin G. Torres's Report and Recommendation **(D.E. No. 93)** on **January 20, 2011** is **AFFIRMED** and **ADOPTED**. Accordingly, it is

    **ADJUDGED** that:

    (1)    The Complaint is DISMISSED under 28 U.S.C. § 1915 (e)(2)(B)(ii).

(2)     All pending motions are DENIED as moot and the Clerk of Court is directed to mark this case as closed.

DONE AND ORDERED in Chambers at Miami, Florida, this 24th day of January, 2011.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:

United States Magistrate Judge Patrick A. White

Counsel and Parties of Record